# Exhibit A

FILED: KINGS COUNTY CLERK 11/22/2021 03:51 PM
NYSCEF DOC. NO. 1

INDEX NO. 529965/2021
RECEIVED NYSCEF: 11/22/2021

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
------------------------------------------------X
MIASIA IONA JOHNSON,

                     Plaintiff,

      -against-

P.G.T. TRUCKING INC., and DANIEL WAYNE YOUNG,

                   Defendant(s).
------------------------------------------------X

Index No.:
Dated Filed:

**SUMMONS**

Plaintiff designates
KINGS County as the place
of trial.

The basis of venue:
Plaintiff's residence

Plaintiff resides at:
587 Flushing Avenue
Brooklyn, New York 11206

**To the Above-Named Defendants:**

**YOU ARE HEREBY SUMMONED** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on Plaintiffs' attorneys within twenty days after the services of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, New York
November 22, 2021

Yours, etc.

**AH LAW P.C.**

By: _____
Anthony Hirschberger, Esq.
Attorneys for Plaintiffs
150 Broadhollow Rd., Suite 356
Melville, NY 11747
(917) 270-9727

FILED: KINGS COUNTY CLERK 11/22/2021 03:51 PM
NYSCEF DOC. NO. 1

INDEX NO. 529965/2021
RECEIVED NYSCEF: 11/22/2021

To:
**P.G.T. TRUCKING INC.**
4200 Industrial Blvd
Aliquippa, PA, 15001

**DANIEL WAYNE YOUNG**
51905 Interstate Road
East Liverpool OH, 43920

Service made on counsel for the defendant at:

Felice J. Cotignola Partner
Lester Schwab Katz and Dwyer
New York, NY
Phone: 212-341-4313
Fax: 212-267-5916
fcotignola@lskdnylaw.com

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS
---------------------------------------------------X
MIASIA IONA JOHNSON,

                Plaintiff,

    -against-

P.G.T. TRUCKING INC., and DANIEL WAYNE YOUNG,

                Defendants.
---------------------------------------------------X

Index No:

**VERIFIED COMPLAINT**

Plaintiff **MIASA IONA JOHNSON**, by her attorneys, **AH LAW P.C.**, as and for her **VERIFIED COMPLAINT** against Defendants **P.G.T. TRUCKING INC.**, and **DANIEL WAYNE YOUNG**, states as follows:

1. At the time of the commencement of this action, Plaintiff **MIASA IONA JOHNSON** was, and still is, a resident of the County of KINGS, State of New York.

2. At the time of the commencement of this action, Defendant **P.G.T. TRUCKING INC.**, was, and still maintains its headquarters in Pennsylvania, specifically at 4200 Industrial Blvd Aliquippa, PA, 15001.

3. At the time of the commencement of this action, Defendant **DANIEL WAYNE YOUNG,** was, and still resides at 51905 Interstate Road, East Liverpool, Ohio, 43920.

4. The accident occurred on a public roadway in New York and as such defendant is within New York court's jurisdiction pursuant to VTL 253.

5. That on or about January 19, 2021, and upon information and belief, Defendant **P.G.T. TRUCKING INC.** owned a 2007 VANM truck-van type motor vehicle bearing Indiana State license plate number P720653.

6. That on or about January 19, 2021, and upon information and belief, Defendant **DANIEL WAYNE YOUNG** operated and controlled the aforementioned 2007 VANM truck-van type motor vehicle bearing Indiana State license plate number P720653.

FILED: KINGS COUNTY CLERK 11/22/2021 03:51 PM
NYSCEF DOC. NO. 1

INDEX NO. 529965/2021
RECEIVED NYSCEF: 11/22/2021

7. That on or about January 19, 2021, and upon information and belief, Plaintiff **MIASIA IOANA JOHNSON** owned a 2012 BMW type motor vehicle bearing New York State license plate number HUD2028.

8. That on or about January 19, 2021, and upon information and belief, Plaintiff **MIASIA IOANA JOHNSON** operated and controlled the aforementioned 2012 BMW type motor vehicle bearing New York State license plate number HUD2028.

9. That on or about January 19, 2021, and upon information and belief, Field Street, at or near the intersection with Patton Avenue, in the County of SUFFOLK, State of New York, was, and still is, a public roadway used extensively by the public in general.

10. That on or about January 19, 2021, and upon information and belief, at the aforementioned location, the motor vehicle owned and operated by Defendant **P.G.T. TRUCKING INC.** and **DANIEL WAYNE YOUNG** and the motor vehicle operated by Plaintiff **MIASIA IOANA JOHNSON** negligently came into contact with one another.

11. That the aforesaid contact and injuries resulting there from were due solely and wholly as a result of the careless and negligent manner in which Defendants **P.G.T. TRUCKING INC.** and **DANIEL WAYNE YOUNG** operated and controlled their aforementioned vehicles without Plaintiff **MIASIA IOANA JOHNSON** in any way contributing thereto.

12. That by reason of the foregoing, the culpable conduct and the negligence of Defendants **P.G.T. TRUCKING INC.** and **DANIEL WAYNE YOUNG**, Plaintiff **MIASIA IOANA JOHNSON** sustained serious, severe, and permanent injuries to her head, limbs, and body, including, but not limited to, a

FILED: KINGS COUNTY CLERK 11/22/2021 03:51 PM
NYSCEF DOC. NO. 1

INDEX NO. 529965/2021
RECEIVED NYSCEF: 11/22/2021

need for surgical intervention, and still suffers and will continue to suffer for some time from great physical and mental pain and serious bodily injury and so remained for a considerable length of time.

13. That by reason of the culpable conduct and wrongful, negligent, and unlawful actions of Defendants **P.G.T. TRUCKING INC.** and **DANIEL WAYNE YOUNG**, as aforesaid, Plaintiff **MIASIA IOANA JOHNSON** sustained serious injuries as defined in the Insurance Law of the State of New York and has sustained economic loss greater than basic economic loss as defined in said Insurance Law.

14. That by reason of the foregoing, the culpable conduct and the sole negligence of Defendants **P.G.T. TRUCKING INC.** and **DANIEL WAYNE YOUNG**, Plaintiff **MIASIA IOANA JOHNSON** is informed and verily believes her aforesaid injuries are permanent and that she will permanently suffer from the effects of her aforesaid injuries and she will be caused to suffer permanent embarrassment and continuous pain and inconvenience and will require future surgical intervention.

15. That by reason of the foregoing, Plaintiff **MIASIA IOANA JOHNSON** was compelled and did necessarily require medical aid and attention and did necessarily pay and become liable therefore for medicines and, upon information and belief, Plaintiff **MIASIA IOANA JOHNSON** will necessarily incur similar expenses in the future for medical and rehabilitation costs as well as other related expenses including physical therapy and future surgery costs.

16. That by reason of the foregoing, Plaintiff **MIASIA IOANA JOHNSON** has been unable to attend to her usual schooling, occupation, and avocation in the manner required.

17. That by reason of the culpable conduct and wrongful, negligent, and unlawful actions of Defendants **P.G.T. TRUCKING INC.** and **DANIEL WAYNE YOUNG**, as aforesaid,

Plaintiff **MIASIA IOANA JOHNSON** was severely injured, bruised and wounded, suffered, still suffers, and will continue to suffer for some time great physical pain and great bodily injuries and became sick, sore, lame and disabled and so remained for a considerable length of time.

18. That as a result of the negligence of Defendants **P.G.T. TRUCKING INC.** and **DANIEL WAYNE YOUNG**, as aforesaid, Plaintiff **MIASIA IOANA JOHNSON** has been injured and damaged in a sum which exceeds the jurisdictional limitations of all lower courts which would otherwise have jurisdiction in this matter.

19. That by reason of the foregoing, Plaintiff **MIASIA IOANA JOHNSON** sustained serious injuries that meet the threshold qualifications set forth in **§ 5102(d)** of NY's Insurance Law.

**WHEREFORE**, Plaintiff **MIASIA IOANA JOHNSON** demands judgment against Defendants **P.G.T. TRUCKING INC.** and **DANIEL WAYNE YOUNG** on all causes of action in an amount which exceeds the jurisdictional limitations of all lower courts, which would otherwise have jurisdiction over this action, together with the interest, costs, and disbursements of this action.

Dated: New York, New York
November 15, 2021

Yours, etc.

**AH LAW P.C.**

By: _____
Anthony Hirschberger, Esq.
Attorneys for Plaintiffs
150 Broadhollow Rd., Suite 356
Melville, NY 11747
(917) 270 -9727

FILED: KINGS COUNTY CLERK 11/22/2021 03:51 PM
NYSCEF DOC. NO. 1

INDEX NO. 529965/2021
RECEIVED NYSCEF: 11/22/2021

To:
**P.G.T. TRUCKING INC.**
4200 Industrial Blvd
Aliquippa, PA, 15001

**DANIEL WAYNE YOUNG**
51905 Interstate Road
East Liverpool OH, 43920

FILED: KINGS COUNTY CLERK 11/22/2021 03:51 PM
NYSCEF DOC. NO. 1

INDEX NO. 529965/2021
RECEIVED NYSCEF: 11/22/2021

## ATTORNEY'S VERIFICATION

Anthony Hirschberger, an attorney duly admitted to practice before the Courts of the State of New York, affirms the following to be true, under the penalties of perjury:

I am a partner with the firm of **AH LAW PC,** attorneys for the plaintiff herein. I have read the annexed

### VERIFIED COMPLAINT

and know the content thereof, and the same are true to my knowledge, except those matters therein which are stated to be alleged upon information and belief, and as to those matters I believe them to be true. My belief, as to those matters therein not stated upon knowledge, is based upon facts, records, and other pertinent information contained in my files.

The reason this verification is made by me and not Plaintiff is that Plaintiff does not presently reside in the county wherein I maintain my offices.

Dated: New York, New York
November 22, 2021

_____
Anthony Hirschberger, Esq.

**SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF** _____

**STATEMENT OF AUTHORIZATION FOR
ELECTRONIC FILING
(Single Attorney Authorizing Filing Agent Entity)**

I, _____, Esq., ( Attorney Registration No. _____ ) am an authorized user of the New York State Courts Electronic Filing System ("NYSCEF") (User ID _____ ). I hereby authorize any employee of _____ who possesses a NYSCEF filing agent ID to file documents on my behalf and at my direction, as a filing agent, in any e-filed matter in which I am counsel of record through the NYSCEF system, as provided in Section 202.5-b of the Uniform Rules for the Trial Courts.

This authorization extends to any consensual matter in which I have previously consented to e-filing, to any mandatory matter in which I have recorded my representation, and to any matter in which I may authorize the filing agent to record my consent or representation in the NYSCEF system.

This authorization extends to any and all documents I generate and submit to the filing agent for filing in any such matter. This authorization, posted once on the NYSCEF website as to each matter in which I am counsel of record, shall be deemed to accompany any document filed in that matter by the filing agent.

This authorization also extends to matters of payment, which the filing agent may make either by debiting an account the filing agent maintains with the County Clerk of any authorized e-filing county or by debiting an account I maintain with the County Clerk of any authorized e-filing county.

This authorization regarding this filing agent shall continue until I revoke it in writing on a prescribed form delivered to the E-Filing Resource Center.

Dated: _____

_____   _____
Signature                                                              City, State and Zip Code

_____   _____
Print Name                                                             Phone

_____   _____
Firm/Department                                                  E-Mail Address

_____
Street Address

(6/6/13)